1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
   Facsimile: (415) 268-1999
4  Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; ARISTA
7  RECORDS LLC; LAFACE RECORDS
   LLC; ZOMBA RECORDING LLC;
8  CAPITOL RECORDS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; and BMG
9  MUSIC
10

*ORIGINAL FILED*

*FEB 28 2008*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

11                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
12             _____ DIVISION
13

14  UMG RECORDINGS, INC., a Delaware
    corporation; ARISTA RECORDS LLC, a
15  Delaware limited liability company; LAFACE
    RECORDS LLC, a Delaware limited liability
16  company; ZOMBA RECORDING LLC, a
    Delaware limited liability company; CAPITOL
17  RECORDS, INC., a Delaware corporation;
    SONY BMG MUSIC ENTERTAINMENT, a
18  Delaware general partnership; and BMG
    MUSIC, a New York general partnership,
19
20
21                   Plaintiffs,
22          v.
23  JOHN DOE,
24                   Defendant.
25
26
27
28

CASE NO. **CV 08 1192**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35882 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6    The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:

7    Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings

8    Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is

9    publicly traded.  Vivendi S.A. is publicly traded in France.

10    The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:

11    BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings

12    Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,

13    Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of

14    which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

15    The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:

16    SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista

17    Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba

18    US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is

19    publicly traded.  Sony Corporation is publicly traded in the U.S.

20    The following companies are parents of, or partners in Plaintiff ZOMBA RECORDING

21    LLC:  SONY BMG MUSIC ENTERTAINMENT; Bertelsmann AG; and Sony Corporation, of

22    which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

23    The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:

24    Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;

25    EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;

26    Virgin Music Group Ltd.; and EMI Group Limited.

27    The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC

28    ENTERTAINMENT:  USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;

1

1    Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

2    Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony

3    Corporation is publicly traded in the U.S.

4           The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola

5    Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;

6    Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

7    Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony

8    Corporation is publicly traded in the U.S.

11    Dated:    February 28, 2008                    HOLME ROBERTS & OWEN LLP

13                                                        By  _____

                               MATTHEW FRANKLIN JAKSA
                               Attorney for Plaintiffs
                               UMG RECORDINGS, INC.; ARISTA
                               RECORDS LLC; LAFACE RECORDS LLC;
                               ZOMBA RECORDING LLC; CAPITOL
                               RECORDS, INC.; SONY BMG MUSIC
                               ENTERTAINMENT; and BMG MUSIC

2