# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS

    Plaintiff(s),                          No. 08-01192 JL

  v.                                 NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

JOHN DOE

    Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for June 4, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: May 20, 2008

                                                Richard W. Wieking, Clerk
                                                United States District Court

                                                */s/ Wings Hom*
                                                By: Wings Hom, Deputy Clerk

reassig1.DCT                                1