IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, ARISTA RECORDS LLC, a Delaware limited liability company, LAFACE RECORDS, LLC, a Delaware limited liability company, ZOMBA RECORDING, LLC, a Delaware limited liability company, CAPITOL RECORDS, INC., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, and BMG MUSIC, a New York general partnership, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | No. C 08-01288 WHA <br><br> **ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court **DENIES** plaintiff's *ex parte* application to continue the case management conference and related initial deadlines.

**IT IS SO ORDERED.**

Dated: May 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE