IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>        Defendant.<br>                                   / | No. C 08-01192 WHA<br><br>**CLERK'S NOTICE**<br>**RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

      YOU ARE NOTIFIED THAT the Case Management Conference previously set for June 5, 2008 at 3:00 p.m. has been rescheduled for **June 12, 2008 at 11:00 a.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated: June 3, 2008                                    FOR THE COURT,

                                                    Richard W. Wieking, Clerk

                                                    By:_____
                                                        Dawn Toland
                                                       Courtroom Deputy to the
                                                       Honorable William Alsup