Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; ARISTA RECORDS LLC; LAFACE RECORDS LLC; ZOMBA RECORDING LLC; CAPITOL RECORDS, LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; ZOMBA RECORDING LLC, a Delaware limited liability company; CAPITOL RECORDS, LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ASHLEY NICOLE FREEMAN,<br><br>　　　　　　Defendant. | CASE NO. 3:08-CV-01192-WHA<br><br>**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a New York general partnership, which is not publicly traded.

Plaintiff LAFACE RECORDS LLC is a limited liability company owned by SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG, which is not publicly traded, and Sony Corporation, which is publicly traded in the United States.

Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff CAPITOL RECORDS, INC. changed its name to CAPITOL RECORDS, LLC. Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

1 | Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
2 | ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Dated:   June 10, 2008

HOLME ROBERTS & OWEN LLP

By _____
DAWNIELL ZAVALA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; ARISTA
RECORDS LLC; LAFACE RECORDS LLC;
ZOMBA RECORDING LLC; CAPITOL
RECORDS, LLC; SONY BMG MUSIC
ENTERTAINMENT; and BMG MUSIC