UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 12, 2008</u>

Case No.  <u>C 08-01192 WHA</u>

Title: <u>UMG RECORDINGS</u>  v. <u>JOHN DOE</u>

Plaintiff Attorneys: Matthew Jaksa; Dawniell Savala

Defense Attorneys: N/A

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   _____

Continued to <u>**7/17/08 at 11:00am**</u>   for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Plaintiff filed an amended complaint identifying the John Doe defendant.  Plaintiff is making arrangements to serve the defendant with the summons and complaint.