Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; ARISTA RECORDS LLC; LAFACE RECORDS LLC; ZOMBA RECORDING LLC; CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; ZOMBA RECORDING LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br> v.<br><br>ASHLEY NICOLE FREEMAN,<br><br>    Defendant. | CASE NO. 3:08-CV-01192-WHA<br><br>**Honorable William H. Alsup**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
CASE NO. 3:08-cv-01192-WHA
#37894 v1

1 | Pursuant to the Court's Order of June 12, 2008, continuing the Case Management
2 | Conference in this matter to July 17, 2008, Plaintiffs hereby submit to the Court this Notice of
3 | Settlement in lieu of a Case Management Statement. Although Defendant was served with process
4 | on June 18, 2008, she has not yet answered the Complaint or otherwise appeared in this matter.
5 | However, Plaintiffs engaged in settlement discussions with Defendant on June 20, and June 24, 2008
6 | and Plaintiffs believe that a settlement has been reached. Settlement documents were mailed to
7 | Defendant on June 26, 2008 and Plaintiffs are currently awaiting Defendant's finalization and return
8 | of the documents, which are due back by July 10, 2008. Accordingly, there is no need for the
9 | parties to meet and confer in preparation for the Case Management Conference at this time, as the
10 | parties do not intend to litigate this matter further. Plaintiffs have nevertheless notified Defendant of
11 | the upcoming Case Management Conference on July 17, 2008, and have informed her that if the
12 | settlement documents are not returned prior to the Conference, her attendance will be required.

14 | Dated: July 2, 2008                                    HOLME ROBERTS & OWEN LLP

16 |                                                         By: _____*/s/ Dawniell Alise Zavala*____
17 |                                                              DAWNIELL ALISE ZAVALA
                                                                  Attorney for Plaintiffs

NOTICE OF SETTLEMENT
CASE NO. 3:08-cv-01192-WHA
#37894 v1

1