1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; ARISTA
7  RECORDS LLC; LAFACE RECORDS
   LLC; ZOMBA RECORDING LLC;
8  CAPITOL RECORDS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; and BMG
9  MUSIC

10

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; ZOMBA RECORDING LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ASHLEY NICOLE FREEMAN,<br><br>　　　　　Defendant. | CASE NO. 3:08-CV-01192-WHA<br><br>**Honorable William H. Alsup**<br><br>**PROOF OF SERVICE OF CLERK'S NOTICE RESCHEDULING HEARING TIME** |

PROOF OF SERVICE
CASE NO. 3:08-cv-01192-WHA
#38750 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On July 14, 2008, I served the foregoing documents described as:

**CLERK'S NOTICE RESCHEDULING HEARING TIME**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as to Defendant as follows:

**Ashley Nicole Freeman**
**4159 W. 139th Street, #B**
**Hawthorne, CA 90250**

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2008 at San Francisco, California.

*Della Grant*
Della Grant