Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; ARISTA RECORDS LLC; LAFACE RECORDS LLC; ZOMBA RECORDING LLC; CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; ZOMBA RECORDING LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY NICOLE FREEMAN,<br><br>Defendant. | CASE NO. 3:08-CV-01192-WHA<br><br>**Honorable William H. Alsup**<br><br>*EX PARTE* **APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE ON JULY 17, 2008 AT 3:30 P.M. AND [PROPOSED] ORDER** |

1  Plaintiffs respectfully request that the Court vacate the case management conference set for July 17, 2008 at 3:30 p.m.  The parties have settled this matter and Plaintiffs have filed the stipulated judgment today, July 14, 2008.  Thus, there appears to be no need for a case management conference at this time.  Accordingly, Plaintiffs respectfully request that the Court vacate the case management conference set for July 17, 2008 at 3:30 p.m.

In the alternative, Plaintiffs request a brief continuance of the case management conference set for July 17, 2008 at 3:30 p.m.  Plaintiffs received notice today, July 14, 2008, that the time of the July 17, 2008 case management conference has changed from 11:00 a.m. to 3:30 p.m.  However, Plaintiffs have a case management conference scheduled in another matter on the same day, July 17, 2008, at 4:00 p.m. in Oakland.  Thus, should the Court be disinclined to vacate the case management conference scheduled for July 17, 2008 at 3:30 p.m., Plaintiffs will be unable to attend the conference at the newly scheduled time.  Accordingly, Plaintiffs request that the Court continue the case management conference set for July 17, 2008 at 3:30 p.m. should the Court decide not to vacate the hearing.

DATED: July 14, 2008                                        HOLME ROBERTS & OWEN LLP

By:  ____*/s/ Dawniell Alise Zavala*_____
       DAWNIELL ALISE ZAVALA
       Attorney for Plaintiffs

### [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference scheduled for July 17, 2008 at 3:30 p.m. is vacated.

Dated: _____                    By: _____
                                                         Honorable William H. Alsup
                                                         United States District Judge

MOTION TO VACATE CASE MANAGEMENT CONFERENCE
CASE NO. 3:08-cv-01192-WHA
#38749 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On July 14, 2008, I served the foregoing documents described as:

**EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE ON JULY 17, 2008 AT 3:30 P.M. AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as to Defendant as follows:

**Ashley Nicole Freeman**
**4159 W. 139th Street, #B**
**Hawthorne, CA 90250**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2008 at San Francisco, California.

*Della Grant*
_____
Della Grant