IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, ARISTA RECORDS LLC, a Delaware limited liability company, LAFACE RECORDS, LLC, a Delaware limited liability company, ZOMBA RECORDING, LLC, a Delaware limited liability company, CAPITOL RECORDS, INC., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>  v.<br><br>Ashley Nicole Freeman,<br><br>    Defendant. | No. C 08-01192 WHA<br><br>**ORDER APPROVING STIPULATED JUDGMENT SUBJECT TO STATED CONDITION** |

The parties stipulation to judgment and permanent injunction is hereby **APPROVED** except the Court will only retain jurisdiction to enforce the judgment and injunction for one year.

**IT IS SO ORDERED.**

Dated: July 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE