IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, ARISTA RECORDS LLC, a Delaware limited liability company, LAFACE RECORDS, LLC, a Delaware limited liability company, ZOMBA RECORDING, LLC, a Delaware limited liability company, CAPITOL RECORDS, INC., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASHLEY NICOLE FREEMAN,<br><br>    Defendant. | No. C 08-01192 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The parties are to appear at a case management conference on **JULY 24, 2008, AT 2:30 P.M.** to explain to the Court what more needs to be done to close this case.

**IT IS SO ORDERED.**

Dated: July 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE