| | |
|---|---|
| 1 | Dawniell Alise Zavala (CA State Bar No. 253130) |
| | HOLME ROBERTS & OWEN LLP |
| 2 | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
| | Telephone:   (415) 268-2000 |
| 4 | Facsimile:    (415) 268-1999 |
| | Email:         dawniell.zavala@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
| | UMG RECORDINGS, INC.; ARISTA |
| 7 | RECORDS LLC; LAFACE RECORDS |
| | LLC; ZOMBA RECORDING LLC; |
| 8 | CAPITOL RECORDS, INC.; SONY BMG |
| | MUSIC ENTERTAINMENT; and BMG |
| 9 | MUSIC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; ZOMBA RECORDING LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | CASE NO. 3:08-CV-01192-WHA<br><br>**Honorable William H. Alsup**<br><br>**PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | |
| ASHLEY NICOLE FREEMAN, | |
| Defendant. | |

PROOF OF SERVICE
CASE NO. 3:08-cv-01192-WHA
#38947 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On July 23, 2008, I served the foregoing documents described as:

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as to Defendant as follows:

**Ashley Nicole Freeman**
**4159 W. 139th Street, #B**
**Hawthorne, CA 90250**

    ☒    BY FEDERAL EXPRESS: I caused the above-mentioned document(s) to be sent via Federal Express overnight delivery. By placing a true and correct copy of such document(s) enclosed in a sealed envelope or package designated by the express service carrier and deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf, with delivery fees paid or provided for, addressed to the address last shown by that person on any document filed in the action as indicated above.

    ☐    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on July 23, 2008 at San Francisco, California.

*/s/ Della Grant*
Della Grant

1

PROOF OF SERVICE                CASE NO. 3:08-cv-01192-WHA
#38947 v1