UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 24, 2008

Case No.  C 08-01192 WHA

Title: UMG RECORDING v. ASHLEY FREEMAN

Plaintiff Attorneys: Dawnielle Zavala

Defense Attorneys: Pro Se

Deputy Clerk: Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)  CMC - HELD

2)  

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Plaintiff advised the Court that the parties just signed a stipulated judgment.  The case shall be closed.